**Louis Timothy WHITE, Appellant,**

v.

**Stephanie A. PRUNEAU, Respondent.**

**No. ED 78138.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 9, 2001.

Louis Timothy White, Festus, MO., pro se.

Tom Richardson Burcham III, Clinton B. Roberts, Roberts, Roberts & Burcham, L.L.C., Farmington, MO., for Respondent.

Before RICHARD B. TEITELMAN, P.J., GARY M. GAERTNER, SR., and CLIFFORD H. AHRENS, JJ.

## ORDER

PER CURIAM.

Appellant, Louis Timothy White appeals the judgment of the Circuit Court of Jefferson County in favor of respondent, Stephanie A. Pruneau, after a jury trial. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find that the evidence in support of the jury's verdict is not insufficient. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).